IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET NOV - 4 1999 PURSUANT TO FRCP RULES 58 & 79a

VELMA I. GONZALEZ-RIVERA
MYRNA GONZALEZ & FAUSTO ROJAS
in representation of minor
KARLA ROJAS-GONZALEZ
LUZ NELIA RIVERA-DE GONZALEZ

Plaintiffs

vs

CIVIL 98-1733CCC

RECEIVED & FILED
99 NOV -4 PM 4:20
U.S. DISTRICT COURT
SAN JUAN, P.R.

AUTORIDAD DE PUERTOS DE PUERTO RICO

Defendant and Third-Party Plaintiff

vs

PUERTO RICO SERVICES & MARINE REPAIRS, INC.
TWIN DISC, INC.
A INSURANCE COMPANY
Z INSURANCE COMPANY
RICHARD ROE AND JOHN ROE

Third-Party Defendants

# JUDGMENT

Having considered the Settlement Agreement (**docket entry 26**) and the Magistrate Judge's Report and Recommendation on Minor's Settlement Claim (**docket entry 29**), the Settlement Agreement is APPROVED and this action is DISMISSED, with prejudice, pursuant to the terms and conditions set forth in the Magistrate Judge's Report and Recommendation..

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 3 , 1999.

s/c: J. Izquierdo
H. Rodriguez
J. Zamora
L. Acevedo

NOV - 4 1999

CARMEN CONSUELO CEREZO
United States District Judge

RECD. TO JUDGE
NOV - 4 1999
BY #30

AO 72A
(Rev.8/82)