## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



VELMA I. GONZALEZ-RIVERA,
et al

vs
AUTORIDAD DE LOS PUERTOS
DE PUERTO RICO

vs
PUERTO RICO SERVICES & MARINE
REPAIRS, INC., et al

CIVIL 98-1733 CCC

RECEIVED & FILED
00 MAR -9 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

---

### DESCRIPTION OF MOTION

DATE FILED: 2-8-2000   DOCKET: 31     TITLE: Motion for Judicial Deposit

[ ] Plaintiff(s)        [ ] _____
[x] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.           __ DENIED.

__ MOOT.              **x NOTED AND GRANTED.** The Clerk of Court shall deposit the sum of $1,000.00 in an interest-bearing account for the benefit of minor Karla Rojas González.

3/8/2000
DATE

CARMEN CONSUELO CEREZO
United States District Judge

s/c: J. Izquierdo
     M. Rodriguez
     J. Ramos
     J. Acevedo
     Finance   3-9-00